KOENIG ET AL., APPELLEES, *v.* DUNGEY, DIR., ET AL., APPELLANTS.

[Cite as *Koenig v. Dungey,* 144 Ohio St.3d 247, 2015-Ohio-4538.]

(No. 2015–0034—Submitted September 2, 2015—Decided November 4, 2015.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings in light of *Estate of Atkinson v. Ohio Dept. of Job & Family Servs.,* 144 Ohio St.3d 70, 2015-Ohio-3397, 40 N.E.3d 1121.

O'Connor, C.J., and Pfeifer, O'Donnell, Kennedy, and French, JJ., concur.

Lanzinger and O'Neill, JJ., dissent.

---

Beckman Weil Shepardson, L.L.C., Janet E. Pequet, and Ashley Shannon Burke, for appellees.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, Michael J. Hendershot, Chief Deputy Solicitor, Stephen P. Carney, Deputy Solicitor, and Rebecca L. Thomas and Jeffery Jarosch, Assistant Attorneys General, for appellants.